IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMESE EDWARD BRAND, <br> # 169195, <br><br> Plaintiff, <br><br> v. <br><br> GARY HETZEL, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:12-CV-940-WKW <br> ) [WO] <br> ) <br> ) <br> ) |

## **ORDER**

On November 1, 2012, the Magistrate Judge filed a Recommendation (Doc. # 5) regarding Plaintiff's motion for preliminary injunction (Doc. # 1). No timely objections have been filed. Based upon an independent and *de novo* review of the record, it is ORDERED that

1. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

2. Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED; and

3. This case is REFERRED back to the Magistrate Judge for further proceedings on Plaintiff's claims.

DONE this 27th day of November, 2012.

  /s/ W. Keith Watkins  
CHIEF UNITED STATES DISTRICT JUDGE