IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD BRAND, #169195, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  CASE NO. 2:12-CV-940-WKW |
| GARY HETZEL, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

On February 25, 2013, the Magistrate Judge filed a Recommendation. (Doc. # 19.) No objections were filed. After an independent and de novo review of the record, it is ORDERED as follows:

1. The Recommendation (Doc. # 19) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice.

An appropriate judgment will follow.

DONE this 21st day of March, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE